1  STEVEN G. KALAR
   Federal Public Defender
2  HEATHER M. ANGOVE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753
   heather_angove@fd.org
5
   Counsel for Defendant, CASEY RILAND
6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,        )    No. CR 13-00669 DLJ
11                                   )
                   Plaintiff,        )    **STIPULATION TO CONTINUE STATUS
12                                   )    CONFERENCE; ORDER**
   vs.                               )
13                                   )
   CASEY RILAND,                     )
14                                   )
                   Defendant.        )
15 _____ )

16                    **STIPULATION**

17       Defendant Casey Riland, by and through Assistant Federal Public Defender Heather M.

18 Angove, and the United States, by and through Special Assistant United States Attorney Edward

19 R. Fluet, hereby stipulate that, with the Court's approval, the status hearing currently set for

20 December 12, 2013 at 9:00 a.m., shall be continued to December 19, 2013 at 9:00 a.m.

21       The reason for the requested continuance is that the parties need additional time to

22 negotiate the terms of the plea agreement.

23       The parties agree that the time between December 12, 2013, and December 19, 2013, is

24 excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for continuity of

25 counsel and effective preparation by defense counsel.

26
   **STIPULATION TO CONTINUE STATUS
   CONFERENCE; ORDER
   No. CR 13-00669 DLJ**                    1

1    IT IS SO STIPULATED.

2    Dated: December 5, 2013

3                                            ___/s/_____
                                             HEATHER ANGOVE
4                                            Assistant Federal Public Defender
     Dated: December 5, 2013
5
                                             ___/s/_____
6                                            EDWARD R. FLUET
                                             Special Assistant United States Attorney
7

8                              []'""""""""""""""""**ORDER**

9        GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY

10   ORDERED that the status hearing shall be continued from December 12, 2013 at 9:00 a.m., to

11   December 19, 2013 at 9:00 a.m.

12       THE COURT FINDS that failing to exclude the time between December 12, 2013, and

13   December 19, 2013, would unreasonably deny the defendant's continuity of counsel, and would

14   unreasonably deny counsel the reasonable time necessary for effective preparation, taking into

15   account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

16       THE COURT FURTHER FINDS that the ends of justice served by excluding the time

17   between December 12, 2013, and December 19, 2013, from computation under the Speedy Trial

18   Act outweigh the interests of the public and the defendant in a speedy trial.

19       THEREFORE, IT IS HEREBY ORDERED that the time between December 12, 2013,

20   and December 19, 2013, shall be excluded from computation under the Speedy Trial Act, 18

21   U.S.C. § 3161(h)(7)(A) and (B)(iv).

22       IT IS SO ORDERED.

23   Dated: December __F€__, 2013

24                                            _____
                                             THE HONORABLE D. LOWELL JENSEN
25                                           United States District Court Judge

26

**STIPULATION TO CONTINUE STATUS
CONFERENCE;  ORDER**
**No. CR 13-00669 DLJ**                              2